**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                     Plaintiff,

        - against -

LEILO, INC.,

                     Defendants.
------------------------------------------------------------X

Case No.   1:22-cv-4439-MKB-JRC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Leilo, Inc.

Dated:  Scarsdale, New York
         August 9, 2022

                                         SHAKED LAW GOUP, P.C.
                                         Attorneys for Plaintiff

                                       By: */s/Dan Shaked*
                                           Dan Shaked, Esq.
                                           14 Harwood Court, Suite 415
                                           Scarsdale, NY 10583
                                           Tel. (917) 373-9128
                                           e-mail: ShakedLawGroup@Gmail.com

SO ORDERED:
s/ MKB 8/12/2022

_____
MARGO K. BRODIE
United States District Judge